UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  John Alberto Roman                                    Case No. 6:16-bk-00927-ABB

      Debtor
_____/

## VERIFIED MOTION TO VALUE AND STRIP OFF SECOND MORTGAGE LIEN OF DALE ZYLMAN.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, Hurley Partin Whitaker, Esquire, 700 N. Wickham Road, Suite 205, Melbourne, FL 32935, and any other appropriate persons.**

**If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Debtor, Juan Alberto Roman, by and through undersigned counsel, moves this Honorable Court to value a parcel of real estate and improvements and strip off a second mortgage lien on said property, and as good cause would show:

1. The debtor owns a single family residence, which is his homestead, located at 905 Hampshire Avenue NE, Palm Bay, Florida 32905, Brevard County, Florida. The legal description is Lot 41, Block 67 of PORT MALABAR COUNTRY CLUB, UNIT 7, PARCEL 1, according to the plat thereof, as recorded in Plat Book 25, Page 1, Public Records of Brevard County, Florida.

2. There is a first mortgage on said property currently held by John Sorgenfrei and Deana Sorgenfrei in the amount of $67,900.00.

3. There is second mortgage on said property that is currently held by Dale Zylman in the amount of approximately $63,075.24.

4. The market value of the home at the time of filing the bankruptcy action was approximately

1

$44,500.00. Attached as Exhibit A is appraisal of 12/22/2015 indicating market value to be $44,500.00.

5. Pursuant to 11 U.S.C. 506, and its subparts, the second mortgage, being wholly unsecured, can be determined to be an unsecured debt and the instant court can strip the lien on the subject property and declare it unsecured and dischargable.

Wherefore, based on the above and foregoing that the instant second mortgage held by Dale Zylman, is wholly unsecured, the court is moved to enter an order declaring the second mortgage unsecured and discharged at such time as said discharge is appropriate.

DECLARATION OF DEBTORS

We have read the foregoing and to the best of my information, knowledge and belief it is true and correct.

_____
Juan Alberto Roman - Debtor

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing has been sent by U. S. Mail and/or by electronic transmission on this ___ day of April 2016.

Debtor: Juan A. Roman, 905 Hampshire Avenue NE, Palm Bay, FL 32905
Dale Zylman, c/o Stephen Spira, Esq., 5205 Babcock Street NE, Palm Bay FL 32905
John and Deana Sorgenfrei, 1829 S. Harbor City Blvd., Melbourne FL 32901
Trustee, Gene Chambers, Trustee, PO Box 533987, Orlando, Fl 32853
United States Trustee, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801

/s/ Hurley Partin Whitaker
**Hurley Partin Whitaker, Esquire**
WHITAKER LAW, P.A.
700 N. Wickham Road, Suite 205
Melbourne, Florida 32935
Telephone: (321) 254-3399
FL BAR # 369969
hpwpaservice@yahoo.com
Attorney for Debtor

# RESIDENTIAL APPRAISAL REPORT

File No.: 15-1212

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 905 Hampshire Ave NE |
| City | Palm Bay |
| State | FL |
| Zip Code | 32905 |
| County | Brevard |
| Legal Description | Port Malabar Country Club Unit 7, Lot 41, Blk 67, Plat Book 0025, Page 0121 |
| Assessor's Parcel # | 28-37-28-LW-00067.0-0041.00 |
| Tax Year | 2015 |
| R.E. Taxes | $278.47 |
| Special Assessments | None |
| Borrower (if applicable) | N/A |
| Current Owner of Record | Juan A Roman |
| Occupant | ☒ Owner  ☐ Tenant  ☐ Vacant  ☐ Manufactured Housing |
| Project Type | ☐ PUD  ☐ Condominium  ☐ Cooperative  ☐ Other |
| HOA | $  ☐ per year  ☐ per month |
| Market Area Name | NE Palm Bay |
| Map Reference | 37340 |
| Census Tract | 0651.21 |

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date)  ☐ Retrospective  ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach  ☐ Cost Approach  ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple  ☐ Leasehold  ☐ Leased Fee  ☐ Other (describe)
Intended Use: The intended use of this report is to establish an opinion of Market Value for internal family business.

## ASSIGNMENT

Intended User(s) (by name or type): Juan A Roman
Client: Juan A Roman     Address: 905 Hampshire Ave NE, Palm Bay, FL 32905
Appraiser: Brian Elliot Freeman     Address: 1451 Ridge Road NE, Palm Bay, FL 32905

## MARKET AREA DESCRIPTION

| Location | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | PRICE   AGE | One-Unit 100% | ☒ Not Likely |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 90 | $(000)   (yrs) | 2-4 Unit % | ☐ Likely *  ☐ In Process * |
| Property values | ☒ Increasing ☐ Stable ☐ Declining | ☒ Tenant 5 | 18 Low 0 | Multi-Unit % | * To: |
| Demand/supply | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 270 High 97 | Comm'l % | |
| Marketing time | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | 101 Pred 36 | % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The neighborhood boundaries include Palm Bay Rd to the north, Interstate 95 to the west, Meadowbrook Rd to the south and Babcock St to the east. This neighborhood is within the Port Malabar Country Club Unit 7 subdivision. The neighborhood was built up slowly over the decades and is fully built out with homes of varying ages, styles, materials and appeal. No negative neighborhood conditions adverse to the subject's marketability are known to exist. See addendum for additional analysis and market conditions.

## SITE DESCRIPTION

Dimensions: 121 x 132 x 116 x 122     Site Area: 11,761 Sq.Ft.
Zoning Classification: RS-2     Description: Single Family Residential
Zoning Compliance: ☒ Legal  ☐ Legal nonconforming (grandfathered)  ☐ Illegal  ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☒ No ☐ Unknown     Have the documents been reviewed? ☐ Yes ☐ No     Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)

Actual Use as of Effective Date: Residential     Use as appraised in this report: Residential
Summary of Highest & Best Use: The current use of the subject property is Residential, which represents the highest and best use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Appears Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | FP&L | Street | Asphalt | ☒ | ☐ | Size | 0.27 Acres |
| Gas | ☐ | ☐ | | Curb/Gutter | Miami Curb | ☒ | ☐ | Shape | Irregular |
| Water | ☒ | ☐ | City | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears Adequate |
| Sanitary Sewer | ☐ | ☒ | City | Street Lights | Lights On Pole | ☒ | ☐ | View | Similar Homes |
| Storm Sewer | ☒ | ☐ | City | Alley | N/A | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No     FEMA Flood Zone X     FEMA Map # 12009C0594G     FEMA Map Date 03/17/2014
Site Comments: The subject complies with zoning. No encroachments or easements adverse to marketability are known to exist.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1  ☐ Acc.Unit | Foundation | Frame | Slab | Concrete | Area Sq. Ft. | N/A | Type | FWA |
| # of Stories | One | Exterior Walls | Stucco | Crawl Space | N/A | % Finished | N/A | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Asphalt Shingle | Basement | N/A | Ceiling | | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | None | Sump Pump | ☐ | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | SH Aluminum | Dampness | ☐ | Floor | | Central | |
| Actual Age (Yrs.) | 36 Years | Storm/Screens | Screens | Settlement | None Noted | Outside Entry | | Other | Window Units |
| Effective Age (Yrs.) | 36 Years | | | Infestation | None | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | Car Storage | ☐ None |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Concrete/Vinyl/Poor | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 0 | Woodstove(s) # 0 | Garage # of cars ( 2 Tot.) | |
| Walls | Drywall / Avg- | Range/Oven | ☒ | Drop Stair | ☐ | Patio | Enclosed | Attach. 1 | |
| Trim/Finish | Wood/Avg- | Disposal | ☐ | Scuttle | ☒ | Deck | None | Detach. 0 | |
| Bath Floor | Concrete/Poor | Dishwasher | ☐ | Doorway | ☐ | Porch | Covered | Blt.-In 0 | |
| Bath Wainscot | Ceramic Tile / Poor | Fan/Hood | ☒ | Floor | ☐ | Fence | N/A | Carport 0 | |
| Doors | Wood / Fair | Microwave | ☐ | Heated | ☐ | Pool | None | Driveway 1 | |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface Concrete | |

Finished area above grade contains: 5 Rooms   3 Bedrooms   2 Bath(s)   1,176 Square Feet of Gross Living Area Above Grade
Additional features: Standard Energy Efficient Items

Describe the condition of the property (including physical, functional and external obsolescence): See attached addenda.

# RESIDENTIAL APPRAISAL REPORT

File No.: 15-1212

## TRANSFER HISTORY

| | |
|---|---|
| My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Data Source(s): Public Records, MLS | |
| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: There were no sales or transfers of the |
| Date: No sales past 36 months | subject property for the 3 years prior to the effective date of this appraisal. |
| Price: Prior to inspection date | |
| Source(s): Pub. Records, MLS | |
| 2nd Prior Subject Sale/Transfer | |
| Date: | |
| Price: | |
| Source(s): | |

## SALES COMPARISON APPROACH TO VALUE (if developed)   ☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 905 Hampshire Ave NE | 1050 Hampshire Ave NE | | 1110 Craftsland Ln NE | | 1209 Dawn St NE | |
| | Palm Bay, FL 32905 | Palm Bay, FL 32905 | | Palm Bay, FL 32905 | | Palm Bay, FL 32905 | |
| Proximity to Subject | | 0.21 miles N | | 0.27 miles W | | 0.99 miles NE | |
| Sale Price | $ N/A | $ 57,000 | | $ 57,000 | | $ 65,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 48.47 /sq.ft. | | $ 40.95 /sq.ft. | | $ 53.37 /sq.ft. | |
| Data Source(s) | Insption/PubRec | Pub Records / MLS #728151 | | Pub Records / MLS #727722 | | Pub Records / MLS #729002 | |
| Verification Source(s) | Owner | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | FHA/DOM 11 | | Cash/DOM 5 | | Cash/DOM 51 | |
| Concessions | N/A | HUD | 0 | REO | | REO | |
| Date of Sale/Time | N/A | 09/09/2015 | | 07/17/2015 | 0 | 09/18/2015 | 0 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | NE Palm Bay | NE Palm Bay | | NE Palm Bay | | NE Palm Bay | |
| Site | 0.27 Acre | 0.23 Acre | 0 | 0.38 Acre | -500 | 0.41 Acre | -500 |
| View | Similar Homes | Similar Homes | | Similar Homes | | Similar Homes | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average Frame | Average Frame | | Average Frame | | Average Frame | |
| Age | 36 Years | 36 Years | | 36 Years | | 38 Years | 0 |
| Condition | Fair | Average-/Fair+ | -6,000 | Fair+ | -4,000 | Average- | -10,000 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 5   3   2 | 5   3   2 | | 5   3   2 | | 5   3   2 | |
| Gross Living Area | 1,176 sq.ft. | 1,176 sq.ft. | 0 | 1,392 sq.ft. | -3,240 | 1,218 sq.ft. | 0 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Window Units | Central | -3,000 | Central | -3,000 | Central | -3,000 |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 1 Car Garage | 1 Car Garage | | 1 Car Garage | | 1 Car Garage | |
| Porch/Patio/Deck | CE/Enc Patio | Covered Entry | +1,000 | CE/Enc Patio | | CE/Enc Patio | |
| Pool/Spa | No/No | No/No | | No/No | | No/No | |
| Upgrades/Extras | Fair | Average | -4,000 | Average-/Fair | -2,000 | Average | -7,000 |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,000 | ☐ + ☒ - | $ -12,740 | ☐ + ☒ - | $ -20,500 |
| Adjusted Sale Price | | | | | | | |
| of Comparables | | | $ 45,000 | | $ 44,260 | | $ 44,500 |

Summary of Sales Comparison Approach    See Attached Addenda

Indicated Value by Sales Comparison Approach $    44,500

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL    Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: 15-1212

## COST APPROACH TO VALUE (if developed)  ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value): 
Comparable site value estimate derived from one or more of the following methods:

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW
Source of cost data:
Quality rating from cost service:    Effective date of cost data:
Comments on Cost Approach (gross living area calculations, depreciation, etc.):
The cost approach to value is not considered reliable for homes of this age and was not developed for this appraisal. Improvements were measured by the appraiser. The square footage was calculated by a computer generated sketch program, and the results may be rounded.

| | |
|---|---|
| OPINION OF SITE VALUE | =$ |
| DWELLING Sq.Ft. @ $ | =$ |
| Pat/Pch Sq.Ft. @ $ | =$ |
| Sq.Ft. @ $ | =$ |
| Sq.Ft. @ $ | =$ |
| Sq.Ft. @ $ | =$ |
| | =$ |
| Garage/Carport Sq.Ft. @ $ | =$ |
| Total Estimate of Cost-New | =$ |
| Less  Physical  Functional  External Depreciation | =$( ) |
| Depreciated Cost of Improvements | =$ |
| "As-is" Value of Site Improvements | =$ |
| | =$ |
| | =$ |

Estimated Remaining Economic Life (if required): 24 Years   INDICATED VALUE BY COST APPROACH  =$

## INCOME APPROACH TO VALUE (if developed)  ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ N/A  X Gross Rent Multiplier N/A = $ N/A  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM):  While considered, the Income Approach was not utilized.

## PROJECT INFORMATION FOR PUDs (if applicable)  ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 44,500  Cost Approach (if developed) $ N/A  Income Approach (if developed) $ N/A

Final Reconciliation  The Sales Comparison Analysis is highly reflective of the willingness and actions of buyers and sellers in the open market and is supportive of the final market value estimate. The cost approach was considered, but not developed. The income approach does not apply.
**Please see the attached Appraiser's Certification. THIS IS AN APPRAISAL REPORT.**

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 44,500 , as of: 12/21/2015 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 28 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work   ☒ Limiting Cond./Certifications   ☒ Narrative Addendum   ☒ Photograph Addenda   ☒ Sketch Addendum
☒ Map Addenda   ☒ Additional Sales   ☐ Cost Addendum   ☐ Flood Addendum   ☐ Manuf. House Addendum
☐ Hypothetical Conditions   ☒ Extraordinary Assumptions   ☐

Client Contact: jroman176@yahoo.com    Client Name: Juan A Roman
E-Mail: jroman176@yahoo.com    Address: 905 Hampshire Ave NE, Palm Bay, FL 32905

### APPRAISER

Appraiser Name: Brian Elliot Freeman
Company: Ocean Appraisal Service
Phone: (321) 676-3911    Fax: (321) 676-3911
E-Mail: appraiser@ix.netcom.com
Date of Report (Signature): December 22, 2015
License or Certification #: Cert Res RD6800    State: FL
Designation:
Expiration Date of License or Certification: 11/30/2016
Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: 12/21/2015

### SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: